**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | CASE NO.: 1:23-CR-26 (LAG) |
| : | |
| DAVID BURKS, : | |
| : | |
| Defendant. : | |
| : | |

## **ORDER**

Before the Court is Defendant's Unopposed Motion to Continue Trial. (Doc. 54). Therein, Defendant moves to continue the pretrial conference and trial in this matter, which are currently scheduled for January 3, 2025, and January 27, 2025, respectively. (Docs. 54, 50).

On December 13, 2023, Defendant was charged in a one-count indictment. (Doc. 22). Defendant initially appeared on January 4, 2024, pled not guilty, and was released pending trial. (Docs. 30, 31, 35) Defendant represents that a continuance is necessary because "[t]here are outstanding pretrial issues that are in the process of being resolved" and "[r]esolution of the pretrial issues may necessitate the need to file additional pretrial motions." (Doc. 54 ¶¶11–12). The Government "does not oppose a continuance." (*Id.* ¶ 13).

Upon due consideration, the Court finds that the "ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that denying the continuance would deny Defendant the reasonable time to prepare for trial. 18 U.S.C. § 3161(h)(7)(B)(i), (iv). Accordingly, the Unopposed Motion to Continue (Doc. 54) is **GRANTED**, and the delay occasioned by this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

2

It is hereby **ORDERED** that the pretrial conference and trial in the above-captioned matter shall be **CONTINUED** to a date to be determined later. The deadlines in the Court's November 14, 2024, Scheduling Order (Doc. 50) are hereby terminated, and a new scheduling order will be forthcoming.

**SO ORDERED**, this 27th day of December, 2024.

<u>/s/ Leslie A. Gardner</u>
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**